**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| | **NO. #** |
| **v.** | **23-454-5** |
| **SAIKEEN DIXON** | |

**O R D E R**

**AND NOW**, this 11th day of September, 2026, upon consideration of Defendant's Motion to Suppress (ECF Nos. 315, 368), and the Government's Response in Opposition thereto (ECF Nos. 341, 371), and following a *Franks* hearing in open court on May 27, 2026, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

s/Wendy Beetlestone
**WENDY BEETLESTONE, C.J.**